UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-22-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANTONIO BATTLE | ORDER |

On motion of the Defendant, Michael Antonio Battle, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #26 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Office.

IT IS SO ORDERED.

This 26th day of August, 2013.

LOUISE WOOD FLANAGAN
United States District Judge