RECEIVED
AUG 15 2016
MC
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

> **Motion DENIED.**
>
> This the ____ day of _____, 20___.
>
> /s/Louise W. Flanagan, U.S. District Judge

8-11-16

Dear Miss Flanagan,

My name is Michael Battle #57281-056 and I am writing to you in concern about a fine that I was given by you when I was sentenced April 9th 2014 in your courtroom.

My charge is possession of a fire arm by convicted felon and my docket no. is 4:13-CR-00022-7L-1. I was given a $1500.00 dollar fine and I am writing to you now to let you know that I am not able to pay that fine because I don't have any support to pay such a fine. Both of my parents are dead and my brothers are all on disability and they are on a set income. I really don't have a way to pay off the fine and I am asking you if could you please waive my fine because of my inability to pay a fine in the said amount of $1500.00 dollars.

Miss Flanagan, could you please give great consideration into my plea and waive my fine.

Thank you,

Michael Antonio Battle
#57281-056